MICHAEL S. ACKERMAN
MA 2134
XCA 88327-1/eh
ZUCKER, GOLDBERG & ACKERMAN
Attorneys for Secured Creditor
Wells Fargo Bank, N.A.
200 Sheffield Street, Suite 301
P.O. Box 1024
Mountainside, New Jersey 07092-0024
1-908-233-8500

|  |  |  |
|---|---|---|
|  | : | UNITED STATES BANKRUPTCY COURT |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
| IN RE: | : |  |
|  | : | CHAPTER 13 |
| Jason I. Flynn | : |  |
|  | : | CASE NO. 07-17114 (DHS) |
|  | : | **NOTICE OF OBJECTION** |
|  | : | **(CONFIRMATION HEARING DATE:** |
| DEBTOR. |  | **07/25/2007@ 9:00am    )** |

The undersigned, ZUCKER, GOLDBERG & ACKERMAN, attorneys for Secured Creditor, Wells Fargo Bank, N.A., the holder of a Mortgage on the debtor's premises at 278 Griggs Avenue , Teaneck, NJ  07666, hereby objects to the confirmation of the debtor's proposed Chapter 13 Plan in the event the debtor fails to make the regular monthly mortgage payments to the Secured Creditor, outside of the Chapter 13 Plan, in accordance with the provisions of said Plan, in violation of 11 U.S.C. 1326.

Furthermore, the Secured Creditor objects to any provision in the debtors plan which provides for an amount less than the amount due the Secured Creditor as set forth in its Proof of Claim.

In the event the debtor cures the aforesaid payments due outside the Chapter 13 Plan prior to the Confirmation Hearing, the undersigned will not appear at the Confirmation Hearing and the aforesaid objection should be deemed waived.

ZUCKER, GOLDBERG & ACKERMAN
Attorneys for Secured Creditor

Wells Fargo Bank, N.A.

 /s/   **MICHAEL S. ACKERMAN**
MICHAEL S. ACKERMAN
MEMBER OF THE FIRM

DATED:  June 19, 2007

**THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE.**